# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier,<br><br>       Plaintiff,<br><br>v.<br><br>Allied Interstate LLC,<br><br>       Defendant. | Court File No.: _____<br><br>**Complaint**<br><br>**Jury Trial Demanded** |

## PARTIES

1. Donna Streier is an individual who lives in Winona, Minnesota and is a "person" as defined by 47 U.S.C. § 153(39).

2. Allied Interstate LLC is a debt collection agency incorporated in the state of Minnesota with a registered office address of 100 South Fifth Street, Suite 1075, Minneapolis, MN 55402.

3. Allied is also a "person" as defined by 47 U.S.C. § 153(39).

## JURISDICTION

4. Jurisdiction arises under 28 U.S.C. § 1331 and under 47 U.S.C. § 227.

5. Venue is proper in this district because the events giving rise to Streier's claims occurred here and both Allied and Streier reside here.

## FACTUAL ALLEGATIONS

6. Streier's cellular telephone number is 863-398-3333 and is assigned to a cellular telephone service as specified in 47 U.S.C. § 227(b)(1)(A)(iii).

7. Streier does not have an account with Allied and never provided Allied with express consent to use an automatic telephone dialing system to call her.

8. Despite this, Allied called Streier's cellular phone using an automated telephone dialing system as that term is defined by 47 U.S.C. § 227(a)(1).

9. In fact, Allied called Streier's cellular phone at least 270 times from January 15, 2015 until February 15, 2015.

10. Allied calls came from at least two phone numbers: 877-476-5232 and 877-498-8563.

11. Several times, Streier answer Allied's calls. On each of these occasions, there was a pause or click before a live person came on the line, which is indicative of automatic telephone dialing systems.

12. On more than one of these answered calls, Streier told Allied to stop calling her. But Allied's calls continued.

13. Allied's calls were not for emergency purposes.

14. Allied had no basis to believe that it had Streier's prior express consent to use an automatic telephone dialing system to call her cellular phone.

## JURY TRIAL

15. Streier requests a jury trial. U.S. CONST. amend. VII. FED. R. CIV. P. 38.

## CAUSES OF ACTION

### Count I – Violations of the Telephone Consumer Protect Act

16. Allied placed non-emergency telephone calls to Streier's cellular phone using an automatic telephone dialing system or a device that has the capacity to store or produce telephone numbers to be called using a random or sequential number generator.

17. The calls were made without Streier's prior express consent.

18. Allied's calls therefore violate the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A)(iii).

19. Each of Allied's calls were a willful violation of the TCPA because Streier never gave Allied her express consent to call her cellular phone and Allied had no basis to believe that it had Streier's consent.

## PRAYER FOR RELIEF

Streier requests that judgment be entered against Allied as follows:

1. For an injunction requiring to Allied cease all communications with Streier that violate the TCPA.

2. Statutory damages of $500 per call for Allied's negligent violations of the TCPA.

3. Statutory damages of up to $1,500 per call for Allied's willful violations of the TCPA.

4. For other relief that this Court deems appropriate.

**FRIEDMAN IVERSON, PLLC**

Date: April 7, 2015

*s/ Todd Murray*
———————————————
Todd Murray (#347462)
Attorney for Streier
509 1st Ave NE, Suite 2
Minneapolis, MN 55413
todd@friedmaniverson.com
(612) 564-4025 (phone)
(612) 392-7979 (fax)

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MINNESOTA )
) ss
COUNTY OF REDWOOD )

Donna Streier, being sworn, states that:

1. I'm the Plaintiff in this case.

2. I've read this complaint prepared by my attorney and I believe that all of the facts contained in it are true, to the best of my knowledge.

3. I believe that this complaint is well-grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

4. I believe that this complaint is not being brought for any improper purpose, such as to harass the Defendant, cause unnecessary delay, or create a needless increase in the cost of litigation to the Defendant.

5. I've filed this complaint in good faith and solely for the purposes set forth in it.

Date: March 27, 2015        *s/ Donna Streier*
                            Donna Streier

Subscribed and sworn to before me
this 27th day of March, 2015

*s/ Jody L. Gewerth*
Notary Public

5