# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier, | ) COURT MINUTES – CIVIL |
| | ) BEFORE:  TONY N. LEUNG |
| | ) U.S. MAGISTRATE JUDGE |
| Plaintiff, | ) |
| | ) Case No:        15-cv-1886 MJD/TNL |
| v. | ) Date:             December 4, 2015 |
| | ) Courthouse:   St. Paul |
| Allied Interstate LLC, | ) Courtroom:    3B |
| | ) Time Commenced: 10:15 AM |
| Defendant. | ) Time Concluded:  10:30 AM |
| | ) Time in Court:      15 Minutes |
| | ) |

Hearing on:
**EARLY SETTLEMENT CONFERENCE VIA TELEPHONE CONFERENCE**

## APPEARANCES:

Plaintiff:    Todd M. Murray

Defendant:   Nicole M. Moen

## PROCEEDINGS:

**✗**   Settlement reached.   Terms stated on the record.

Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

**Other Remarks:**

The parties should bring any dispute about terms of the settlement to the Court for resolution.

                                            *s/Holly McLelland*
                                            Courtroom Deputy