## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier,<br><br>              Plaintiff,<br><br>v.<br><br>Allied Interstate, LLC,<br><br>              Defendant. | Court File No.: 15-CV-1886 (MJD-TNL)<br><br>**Stipulation for Dismissal<br>With Prejudice** |

The parties, through their respective attorneys, stipulate that this case shall be dismissed on its merits and with prejudice and without costs, disbursements, or attorneys' fees to any party.


**FRIEDMAN IVERSON, PLLC**

Date: 12/30/15


*s/ Todd Murray*

Todd Murray (#347462)
Attorney for Streier
509 First Ave NE, Suite 2
Minneapolis, MN 55413
todd@friedmaniverson.com
(612) 564-4025 (phone)
(612) 392-7979 (fax)


(additional signature follows)

1

Date: 12/30/15

*s/ Gregory S. Korman*

Todd Wind (#0196514)
Nicole M. Moen (#0329435)
**FREDRIKSON & BYRON, P.A.**
200 South Sixth Street, Suite 4000
Minneapolis, MN  55402-1425
Telephone:  612.492.7000
Facsimile:  612.492.7077
twind@fredlaw.com
nmoen@fredlaw.com

Stuart M. Richter (CA #126231)*
Gregory S. Korman (CA #216931)*
**KATTEN MUCHIN ROSENMAN**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471
stuart.richter@kattenlaw.com
greg.korman@kattenlaw.com
*Admitted pro hac vice

***Attorneys for Defendant***