# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Donna Streier,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Allied Interstate, LLC,<br><br>　　　　Defendant. | Court File No.: 15-CV-1886 (MJD-TNL)<br><br>**Order for Dismissal** |

Based upon the Stipulation of Dismissal filed by the parties on December 30, 2015,

**IT IS ORDERED** that this action is dismissed on its merits and with prejudice and without costs, disbursements, or attorneys' fees to any party.

## LET JUDGMENT BE ENTERED ACCORDINGLY

　　　　　　　　　　　　　　　　　　　　BY THE COURT

Date: December 31, 2015

　　　　　　　　　　　　　　　　　　　　s/Michael J. Davis
　　　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge