# UNITED STATES DISTRICT COURT
## District of Minnesota

Donna Streier,

                Plaintiff,

v.

Allied Interstate LLC,

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-cv-1886 MJD/TNL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is dismissed on its merits and with prejudice and without costs, disbursements or attorneys' fees to any party.

Date: January 4, 2016

RICHARD D. SLETTEN, CLERK

s/LP Holden

(By)          LP Holden, Deputy Clerk